# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                          Case No. 22–30294
                                                               Chapter 13
Ernest Charles Jackson ,

    Debtor.

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on June 8, 2023 at 01:40 PM to consider and act upon the following:

*38* – Motion authorize the Movant to release payment of insurance proceeds filed by Frank Wayne Keith on behalf of NBKC Bank. (Keith, Frank)

Objections to the motion must be in writing and filed with the court no later than June 1, 2023.

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **877–336–1839 Participant Code: 9617616**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated April 28, 2023

Juan–Carlos Guerrero
Clerk of Court